UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-606 MJD/JGL

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
DONALD DONAHUE, )
Defendant, )
CHARTER COMMUNICATIONS, )
Garnishee. )

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and the garnishee indicates that the defendant is not an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment issued on June 21, 2004, is hereby released.

Dated: July 15, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge