UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-606 MJD/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. DONAHUE,<br><br>Defendant,<br><br>RCH CABLE,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 4, 2005.

Defendant has now paid the judgment by compromise with the exception of $494.90, which is being held by the garnishee. Accordingly,

IT IS HEREBY ORDERED that the garnishee shall pay the amount of $494.90 to the U.S. Department of Justice, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415,

IT IS FURTHER ORDERED that upon receipt of the payment set forth above, the Writ of Garnishment, served on or about August 4, 2005, is released.

Dated: August 25, 2005

s/Jonathan Lebedoff
JONATHAN LEBEDOFF

Chief U.S. Magistrate Judge