Charter
COMMUNICATIONS
A WIRED WORLD COMPANY

RECEIVED BY MAIL
OCT 03 2005
Clerk, U.S. District Court
Fergus Falls, Minnesota

September 26, 2005

US District Court Office of the Clerk
118 South Mill Street
212 Federal Bldg
Fergus Falls MN 56537

Re: Donald Donahue

SS: unknown

Case: 00-606 MJD/JGL

To Whom It May Concern:

This letter is to inform you that the person referenced above is not an employee of Charter Communications. We cannot match the name and no Social Security number was given. If you have any further questions, please feel free to contact me at 314-543-2289.

Sincerely,

Ellen West

SCANNED
OCT 03 2005
U.S. DISTRICT COURT FF

Case 0:00-cv-00606-MJD-JGL Document 16-1 Filed 08/26/2005 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-606 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONALD C. DONAHUE,

Defendant,

RCH CABLE,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 4, 2005.

Defendant has now paid the judgment by compromise with the exception of $494.90, which is being held by the garnishee. Accordingly,

IT IS HEREBY ORDERED that the garnishee shall pay the amount of $494.90 to the U.S. Department of Justice, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415,

IT IS FURTHER ORDERED that upon receipt of the payment set forth above, the Writ of Garnishment, served on or about August 4, 2005, is released.

Dated: August 25, 2005

s/Jonathan Lebedoff
JONATHAN LEBEDOFF

Chief U.S. Magistrate Judge

## Other Orders/Judgments

0:00-cv-00606-MJD-JGL USA v. Donahue **CASE CLOSED on 06/22/2000**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was entered on 8/26/2005 at 8:20 AM CDT and filed on 8/26/2005

**Case Name:** USA v. Donahue
**Case Number:** 0:00-cv-606
**Filer:**
**WARNING: CASE CLOSED on 06/22/2000**
**Document Number:** 16

RECEIVED SEP 0 6 2005

**Docket Text:**
GARNISHMENT ORDER . Signed by Chief Magistrate Judge Jonathan G Lebedoff on 8/25/05. (RJL)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=8/26/2005] [FileNumber=690120-0]
[0783aa3ce33b0ff9b82b22379e362d629a8731e56c5021edce494a4d03f6dfc79681
b48f00e555df906b6338ed6ccf76a987ba19d7c9b9c75eeb738b0d0452c2]]

**0:00-cv-606 Notice will be electronically mailed to:**

Rachel K Paulose , arce.annette@dorsey.com

Mary L Trippler mary.trippler@usdoj.gov, muriel.holland@usdoj.gov;usamnecf.civil@usdoj.gov

**0:00-cv-606 Notice will be delivered by other means to:**

Charter Communications
12405 Powerscourt Dr
St Louis, MO 63131